IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITTANY ALEXANDER, and MEHKI ALEXANDER, on behalf of themselves and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SUGAR FACTORY, LLC and SFX HOUSTON 88 LLC, <br><br> Defendants. | Civil Action No. 4:25-cv-00009 |

### ATTORNEY SOPHIA SERRAO'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

The undersigned, attorney Sophia Serrao of the law firm McGillivary Steele Elkin LLP, hereby respectfully submits this Motion to Withdraw as Counsel for Plaintiffs in the above-captioned action.

On January 14, 2025, this Court granted Ms. Serrao's appearance *pro hac vice* in this matter. Dkt. 12. Under Local Rule 83.2 of the U.S. District Court for the Southern District of Texas, "[a]ttorneys may withdraw from a case by motion and order under the conditions imposed by the court." L. R. 83.2.

As grounds for this request, the undersigned states that she is leaving employment with the law firm of McGillivary Steele Elkin LLP on February 21, 2025. Ms. Serrao's withdrawal will not inconvenience the parties to this action, as attorneys Molly A. Elkin and Sarah M. Block of the law firm of McGillivary Steele Elkin LLP and attorney Matt Bachop of the law firm of Deats, Durst & Owen, P.L.L.C., shall continue to represent all plaintiffs in this case.

Accordingly, the undersigned requests permission from this Court to withdraw her appearance in this matter, effective immediately.

Dated: February 20, 2025

Respectfully submitted,

/s/ Sophia Serrao
Molly A. Elkin (*admitted pro hac vice*)
Sarah M. Block (*admitted pro hac vice*)
Sophia Serrao (*admitted pro hac vice*)
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
Tel: (202) 833-8855
Fax: (202) 452-1090
E-mail: mae@mselaborlaw.com
E-mail: smb@mselaborlaw.com
Email: ss@mselaborlaw.com

*Of Counsel for Plaintiffs*

/s/Matt Bachop
Matt Bachop
Texas State Bar No. 24055127
DEATS, DURST & OWEN, P.L.L.C.
8140 N Mopac Expy.
Suite 4-250
Austin, TX 78759
Tel: (512) 474-6200 x1005
Fax: (512) 474-7896
E-mail: mbachop@ddollaw.com

*Attorney-in-Charge for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 20, 2025, a copy of the foregoing document and attachment were served on all counsel of record via the Court's CM/ECF system.

              /s/ *Sophia Serrao*
              Sophia Serrao