IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITTANY ALEXANDER, and MEHKI ALEXANDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUGAR FACTORY, LLC and SFX HOUSTON 88 LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-00009 |

### ORDER ON ATTORNEY SOPHIA SERRAO'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS

On this day, the Court considered the motion to withdraw filed by Sophia Serrao, counsel for Plaintiffs. Having reviewed the motion, the Court now enters the following:

IT IS ORDERED that the motion to withdraw is GRANTED; and

IT IS FURTHER ORDERED that Sophia Serrao is WITHDRAWN as counsel for all plaintiffs. Molly A. Elkin and Sarah M. Block of the law firm of McGillivary Steele Elkin LLP and attorney Matt Bachop of the law firm of Deats, Durst & Owen, P.L.L.C., shall continue to represent all plaintiffs in this matter.

Signed this the ____ day of _____, 2025.

_____
U.S. MAGISTRATE / DISTRICT JUDGE