Case 4:25-cv-00009   Document 19   Filed on 03/27/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
March 27, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRITTANY ALEXANDER, *et al* | § | |
| | § | |
| VS | § | CIVIL ACTION NO. H-25-09 |
| | § | |
| SUGAR FACTORY, LLC and | § | |
| SFX HOUSTON 88, LLC | § | |

## CLERK'S ENTRY OF DEFAULT

It appears upon the representation of Plaintiff and from the record that the following Defendant failed to plead or otherwise defend in this case as required by law:

Sugar Factory, LLC
SFX Houston 88, LLC

Therefore, default is entered against the Defendant as authorized by Federal Rule of Civil Procedure 55.

Nathan Ochsner, Clerk of Court

DATED: March 27, 2025          By:     s/ Rhonda S. Hawkins
                                    Rhonda S. Hawkins
                                    Deputy Clerk