UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Brittany Alexander, et al. | § | |
| | § | |
| *versus* | § | Case Number: 4:25−cv−00009 |
| | § | |
| Sugar Factory, LLC, et al. | § | |

## Notice of Cancellation

A proceeding in this case has been canceled as set forth below.

    Canceled setting: Initial Conference

    Date and Time: 4/7/25 at 10:45 a.m.

Date: April 2, 2025

                                                                     Nathan Ochsner, Clerk