# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| BRITTANY ALEXANDER, *et al.*,<br>    *Plaintiffs*.<br><br>VS<br><br><br>SUGAR FACTORY, LLC and<br>SFX HOUSTON 88, LLC,<br>    *Defendants*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:25-cv-9 |

## ORDER GRANTING DEFENDANTS' UNOPPOSED MOTIONTO SET ASIDE CLERK'S ENTRY OF DEFAULT

BEFORE THE COURT is Defendants' Unopposed Motion to Set Aside Clerk's Entry of Default (Dkt. #21). This matter was submitted for consideration without oral argument. The Court has reviewed the briefing, the record, and files herein, and is fully informed. The Court **grants** Defendants Motion to Set Aside Clerk's Entry of Default (Dkt. #21).

The Court finds that Defendants have established good cause to set aside the default. Defendants' failure to respond was not willful, Defendants have meritorious defenses. Plaintiffs will not be prejudiced by setting aside the default and a default judgement would produce a harsh or unfair result.

**IT IS HEREBY ORDERED:**

1. Defendants Unopposed Motion to Set Aside the Clerk's Order of Default is **GRANTED.**

_____
JUDGE PRESIDING