# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BRITTANY ALEXANDER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUGAR FACTORY, LLC and SFX HOUSTON 88 LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-9<br><br>JURY TRIAL DEMANDED |

## PLAINTIFFS' MOTION FOR CONDITIONAL CERTIFICATION AND COURT-AUTHORIZED NOTICE PURSUANT TO 29 U.S.C. § 216(b)

Plaintiffs Brittany Alexander and Mehki Alexander, on behalf of themselves and all those similarly situated, respectfully move this Court for an Order certifying this case as a collective action and authorizing that notice be sent pursuant to 29 U.S.C. § 216(b) to all similarly situated employees of Defendants, defined as "all current and former Servers and/or Bartenders at the Sugar Factory store in Houston who have been employed for any workweek since June 1, 2024," in accordance with the Fair Labor Standards Act. In support of this Motion, Plaintiffs submit the accompanying Memorandum of Law and exhibits.

Dated: August 15, 2025

Respectfully submitted,

*/s/Matt Bachop*
Matt Bachop
Texas State Bar No. 24055127
DEATS, DURST & OWEN, P.L.L.C.
8140 N Mopac Expy., Suite 4-250
Austin, TX 78759
Tel: (512) 474-6200 x1005
Fax: (512) 474-7896

E-mail: mbachop@ddollaw.com

*Attorney-in-Charge for Plaintiffs*

*/s/ Molly A. Elkin*
Molly A. Elkin  *(admitted pro hac vice)*
Sarah M. Block *(admitted pro hac vice)*
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., NW, Suite 1000
Washington, DC 20005
Telephone: (202) 833-8855
Fax: (202) 452-1090
mae@mselaborlaw.com
smb@mselaborlaw.com

*Of Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 15, 2025, I filed the foregoing document on this Court's CM/ECF system, which will serve copies on all counsel of record.

*/s/ Molly Elkin*
Molly Elkin