# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | |
|---|---|
| BRITTANY ALEXANDER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUGAR FACTORY, LLC and<br>SFX HOUSTON 88 LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-9 |

## PROPOSED ORDER

After reviewing Plaintiffs' Motion for Court-Authorized Notice and supporting brief, the brief in Opposition, and Reply thereto, and all supporting papers and exhibits, it is this _____ day of _____, 2025, hereby ORDERED that:

    a.    Plaintiffs may send notice of this action in accordance with this Order to the following collective of potential plaintiffs: All current and former Servers and/or Bartenders at the Sugar Factory location in Houston who have been employed for any workweek since June 1, 2024;

    b.    The Notice of Collective Action, Consent to Join Form, Reminder Notice, and Text Notice attached as Exhibits C, D, and E are hereby APPROVED to be issued to the above-identified collective of potential plaintiffs;

    c.    Within fourteen (14) days of the docketing of this Order, Defendants shall provide Plaintiffs' Counsel a computer-readable list of the following information for each individual in the above-identified collective of potential plaintiffs: (1) first and last names; (2) last known mailing

address; (3) last known cell phone numbers; (4) last known personal email addresses; (5) dates of employment; and, if applicable, (6) employee identification numbers;

   d. Plaintiffs may send the approved Notice via U.S. Mail, email, and text message;

   e. Plaintiffs may create a website that will host the Notice of Collective Action and offer a place to electronically submit the Consent to Join Form;

   f. The opt-in period shall extend for 90 days from the date Notice is mailed; and

   g. Plaintiffs may send the Reminder Notice via U.S. mail, email, and text message to the collective of potential plaintiffs who have not yet returned a Consent to Join form halfway through the notice period, or after forty-five (45) days.

                 _____
                  United States District Judge