# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITTANY ALEXANDER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUGAR FACTORY, LLC and SFX HOUSTON 88 LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-9 |

## **DECLARATION OF BRITTANY ALEXANDER**

I, Brittany Alexander, declare upon personal knowledge that the following is true and correct:

1. I was employed as a Server at Sugar Factory, LLC and/or SFX Houston, LLC (collectively, "Sugar Factory"), located at 5015 Westheimer Rd., Suite 1290, Houston, TX 77056, from June 27, 2024, to July 25, 2024.

2. Sugar Factory opened to the public on July 1, 2024.

3. Prior to opening, I and other Servers and Bartenders employed by Sugar Factory attended a mandatory training held on June 27-29, 2024. I spent approximately 21 total hours in this training.

4. During this mandatory training, I, and other Servers and Bartenders learned the menu, practiced service, and learned choreographed dance routines which we were expected to perform when a customer orders a specialty item.

5. Originally, I was not paid for any of the approximately 21 hours I spent participating in the mandatory training.

6. On August 19, 2024, over six weeks after the training occurred, I was paid for only 9 hours of work time at a rate of $7.25 per hour, purportedly to cover the training hours.

7. To date, I have not been paid for the remaining 12 hours of mandatory training time.

8. Other Servers and Bartenders who attended the mandatory training in June 2024 have also not been paid for all of their work hours spent in the training.

9. After Sugar Factory opened to the public, I was paid at a rate of $2.13 per hour and was paid on a weekly basis.

10. As a Server, I received tips. While the amount of tips per shift varied, I typically received between $300 and $400 in tips per shift.

11. All Servers and Bartenders at Sugar Factory received tips.

12. Sugar Factory required that all Servers and Bartenders participate in a mandatory tip pool.

13. Sugar Factory did not provide me, or any other Server and Bartender, with any details about the tip pool, including the required tip pool contributions.

14. At least one manager and corporate trainer, Charles, was included in the tip pool and received tip distributions, even though he did not interact with customers.

15. Charles did not serve customers and, instead, supervised Servers and Bartenders.

16. Back of house employees, including a dishwasher, also participated in the tip pool and received tip distributions. The dishwasher did not interact with customers or receive tips directly from customers.

17. Sugar Factory applied the same pay policies, including policies governing the mandatory tip pool, to all Servers and Bartenders.

I hereby declare under penalty of perjury, pursuant to 28 U.S.C. § 1756, that the foregoing is true and correct.

Executed: 8/13/2025

Signed by:

Brittany Alexander

3