# EXHIBIT D

Case 4:25-cv-00009     Document 27-6     Filed on 08/15/25 in TXSD     Page 1 of 4

**REMINDER REGARDING NOTICE OF UNPAID WAGES AND TIP LAWSUIT
AGAINST SUGAR FACTORY, LLC AND SFX HOUSTON 88, LLC
<u>FOR ALLEGED FLSA VIOLATIONS</u>**

Within the past 45 days, you should have received a court-authorized notice informing you that you are eligible to join a collective action lawsuit alleging federal Fair Labor Standards Act (FLSA) claims against Sugar Factory, LLC and SFX Houston 88, LLC ("Defendants"). This action is being brought by current and former Servers and Bartenders at the Houston Sugar Factory location, on behalf of current and former employees of Defendants who have worked as Servers and/or Bartenders since June 1, 2024. Plaintiffs allege that Defendants failed to pay them the required minimum wages and overtime pay, delayed the payment of wages, and had a improper tip pool. Defendants deny these allegations.

If you have questions about the Notice or the case, or if you did not receive or no longer have the notice or consent to join form, you may contact Plaintiffs' counsel at McGillivary Steele Elkin LLP by calling 202-833-8855 or by emailing info@mselaborlaw.com. Please indicate that you are calling regarding the lawsuit against Sugar Factory or put "Sugar Factory Lawsuit" in the subject line of the email communication.

**Our records show that you have not submitted a "Consent to Join" form. To participate in this collective action lawsuit, please click ==URL== to complete the Consent to Join form or mail or email the enclosed form so that it is postmarked by ==[Date  Days 90 After original Notice Issues]==.** Plaintiffs' counsel's name and address is:

Molly A. Elkin
Sarah M. Block
Rachel B. Lerner
MCGILLIVARY STEELE ELKIN LLP
1101 Vermont Avenue, N.W., Suite 1000
Washington, DC 20005
(202) 833-8855
mae@mselaborlaw.com
smb@mselaborlaw.com
rbl@mselaborlaw.com

Matt Bachop
DEATS, DURST & OWEN, P.L.L.C.
8140 N Mopac Expy., Suite 4-250
Austin, TX 78759
(512) 474-6200 x1005
mbachop@ddollaw.com

If you fail to return the "Consent to Become Party Plaintiff" form so that it is postmarked (if mailed) or received by ==[Date 90 Days After original Notice Issues]==, you will not be included in this lawsuit.

**THE COURT DOES NOT ENDORSE THE MERITS OF PLAINTIFFS' CLAIMS OR DEFENDANTS' DEFENSES, NOR DOES IT ENCOURAGE OR DISCOURAGE PARTICIPATION IN THE LAWSUIT.**

**CONSENT TO JOIN**

**CLAIMS FOR UNPAID AND IMPROPERLY PAID WAGES AND WITHHELD TIPS BROUGHT UNDER THE FLSA AGAINST SUGAR FACTORY, LLC AND SFX HOUSTON 88, LLC**

I hereby give my consent to become a party plaintiff in an action to recover unpaid wages and forfeited tips and other damages under the Fair Labor Standards Act.

NAME _____
           Last Name                          First                            Middle

HOME ADDRESS   _____

_____
           City                          State                         Zip Code

CELL PHONE _____

EMERGENCY CONTACT PHONE:  _____

E-MAIL ADDDRESS _____

**SIGNATURE**   _____