# EXHIBIT E

## **TEXT MESSAGE NOTICE**

You are receiving this message because you work or worked for the Sugar Factory location in Houston as a Server and/or Bartender and may be eligible to participate in a wage and hour lawsuit to recover unpaid and improperly paid wages and unlawfully withheld tips. You will receive a Notice describing this lawsuit via email and/or U.S. mail. To participate in the lawsuit, you must complete the attached form **(URL)** by [date 90 days after notice issues]. If you have not received the Notice by email or mail, or have further questions, you may respond to this message or contact Plaintiffs' counsel, McGillivary Steele Elkin LLP at 202-833-8855 or info@mselaborlaw.com.