IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITTANY ALEXANDER, on behalf of herself and all others similarly situated,<br><br>     Plaintiff,<br><br>    v.<br><br>SUGAR FACTORY, LLC and<br>SFX HOUSTON 88 LLC,<br><br>     Defendants. | Civil Action No. 4:25-cv-9 |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs, Brittany Alexander, et al*.,* and Defendants, Sugar Factory LLC, et al., hereby file this Joint Notice of Settlement of the above-captioned action. Specifically, the Parties inform the Court that they have reached an agreement in principle to resolve all claims in this matter and are in the process of reducing their agreement to writing and finalizing all settlement documents. As this is an action involving claims under the Fair Labor Standards Act, the Parties intend to file a Joint Motion to Approve the Settlement within the next two weeks (i.e., by September 17, 2025).

Respectfully submitted,

| | |
|---|---|
| */s/Matt Bachop*<br>Matt Bachop<br>Texas State Bar No. 24055127<br>DEATS, DURST & OWEN, P.L.L.C.<br>8140 N Mopac Expy., Suite 4-250<br>Austin, TX 78759<br>Tel: (512) 474-6200 x1005<br>Fax: (512) 474-7896<br>E-mail: mbachop@ddollaw.com<br><br>*Attorney-in-Charge for Plaintiffs* | */s/ John Bosco*<br>John D. Bosco<br>Texas Bar Number 24045533<br>BOSCO BLESS PLLC<br>13101 Preston Rd. Ste. 110 #3663<br>Dallas, TX 75240<br>Tel: (214) 997-4434<br>john@boscobless.com<br><br>*Attorneys for Defendants* |

*/s/ Molly A. Elkin*
Molly A. Elkin  (*admitted pro hac vice*)
Sarah M. Block *(admitted pro hac vice)*
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., NW, Suite 1000
Washington, DC 20005
Telephone: (202) 833-8855
Fax: (202) 452-1090
mae@mselaborlaw.com
smb@mselaborlaw.com

*Of Counsel for Plaintiffs*


Dated: September 3, 2025