Case 4:25-cv-00009   Document 29   Filed on 09/13/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
September 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITTANY ALEXANDER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUGAR FACTORY, LLC and SFX HOUSTON 88 LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-9 |

ORDER OF DISMISSAL ON SETTLEMENT ANNOUNCEMENT

The Court has been informed that a settlement of this action has been reached (see Doc. No. 28).

Therefore, this case is DISMISSED without prejudice to the right of the parties to move for reinstatement within thirty days if the settlement is not consummated. Parties should submit their agreed upon judgment in the next thirty days.

SIGNED this 13th day of September, 2025

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE