IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITTANY ALEXANDER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUGAR FACTORY, LLC and SFX HOUSTON 88 LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-9 |

## JOINT NOTICE OF PROPOSED FINAL JUDGMENT

Pursuant to this Court's September 13, 2025, Order (Docket Entry 29), Plaintiffs, Brittany Alexander, et al., and Defendants, Sugar Factory LLC, et al., hereby jointly submit a proposed Final Judgment in the above-captioned matter. The proposed Final Judgment is attached hereto.

Respectfully submitted,

/s/Matt Bachop
Matt Bachop
Texas State Bar No. 24055127
DEATS, DURST & OWEN, P.L.L.C.
8140 N Mopac Expy., Suite 4-250
Austin, TX 78759
Tel: (512) 474-6200 x1005
Fax: (512) 474-7896
E-mail: mbachop@ddollaw.com

*Attorney-in-Charge for Plaintiffs*

/s/ Molly A. Elkin
Molly A. Elkin  (*admitted pro hac vice*)
Sarah M. Block (*admitted pro hac vice*)
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., NW, Suite 1000
Washington, DC 20005

/s/ John Bosco
John D. Bosco
Texas Bar Number 24045533
BOSCO BLESS PLLC
13101 Preston Rd. Ste. 110 #3663
Dallas, TX 75240
Tel: (214) 997-4434
john@boscobless.com

*Attorneys for Defendants*

Telephone: (202) 833-8855  
Fax: (202) 452-1090  
mae@mselaborlaw.com  
smb@mselaborlaw.com  

*Of Counsel for Plaintiffs*

Dated: October 15, 2025