United States District Court
Southern District of Texas
**ENTERED**
October 22, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| BRITTANY ALEXANDER, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SUGAR FACTORY, LLC and SFX HOUSTON 88 LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-9 |

## FINAL JUDGMENT

Having determined that an enforceable settlement exists between the Parties disposing of all issues present before the Court in this matter, judgment is hereby rendered in favor of Plaintiffs for the sum of $35,000, which will be distributed as follows pursuant to the parties agreed-upon terms:

1) $6,500 in gross backpay to Plaintiffs;

2) $6,500 in liquidated damages to Plaintiffs;

3) $2,000 in service awards to Named Plaintiffs Brittany Alexander and Mehki Alexander ($1,000 each); and

4) $20,000 in attorneys' fees and costs payable to McGillivary Steele Elkin LLP as Plaintiffs' Counsel.

Defendants shall pay the backpay, liquidated damages, and service awards amounts pursuant to the terms set forth in the Parties' agreement within 14 days of entry of this judgment, complete execution of the Parties agreement and provision of all necessary W-9 tax documents. Defendants shall pay the attorneys' fees and costs amount in four installments of $5,000 each on

a monthly basis, with the first payment due within 30 days of entry of this judgment, complete execution of the Parties Agreement and provision of all necessary W-9 tax documents. In the event Defendants fail to comply with the Parties' agreed-upon payment timeline, Defendants shall also pay post-judgment interest consistent with 28 U.S.C. § 1961.

This is a final judgment.

SIGNED this 22nd day of October, 2025.

United States District Judge