# EXHIBIT 1

Case 4:25-cv-00009   Document 32-1   Filed 03/27/26 in TXSD   Page 2 of 28

 **Outlook**

---

### RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

---

**From** Sarah Block <smb@mselaborlaw.com>

**Date** Tue 3/24/2026 4:40 PM

**To** John Bosco <john@boscobless.com>; Molly Elkin <mae@mselaborlaw.com>

**Cc** Rachel Lerner <rbl@mselaborlaw.com>

John,

As a follow up, given that the Court entered an enforceable Final Judgment (Dkt. 31) in this case, rather than file a motion to enforce the settlement we now intend to file a Motion to Reopen the Case and for an Order to Show Cause to Hold Defendants in Contempt for their failure to comply with the Final Judgment. Given this change in motion styling, please confirm whether Defendants oppose the motion so that we can appropriately reflect your position to the Court. We intend to file the motion on Friday, March 27.

Thanks,
Sarah



**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** Sarah Block
**Sent:** Thursday, March 19, 2026 12:14 PM
**To:** John Bosco <john@boscobless.com>; Molly Elkin <mae@mselaborlaw.com>
**Cc:** Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

John,

While we recognize the position your client has put you in, we are out of options, and your client has not proven to be reliable or trustworthy. Indeed, they have told you multiple times over the past few months

that the payments had already been issued (or were forthcoming) when, in fact, they clearly were not. Of course, if the payments are made while our motion is pending, the motion will become moot and we will voluntarily withdraw it. While we would like to believe you that they will pay by April 15, we are at a point where we have no other recourse to ensure that the Defendants actually keep to their word.

With interest calculated through April 15, 2026, the outstanding payments owed are as follows:

1. **$20,387.65** payable to MSE
2. **$324.83** payable to Laquisha Richardson
3. **$653.68** payable to Teamptrails Smyer

Please let me know if you would like to discuss further.

Thank you,
Sarah



**Sarah M. Block**
MCGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** John Bosco <john@boscobless.com>
**Sent:** Thursday, March 19, 2026 10:55 AM
**To:** Sarah Block <smb@mselaborlaw.com>; Molly Elkin <mae@mselaborlaw.com>
**Cc:** Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Sarah & Molly:

Respectfully, this is not new information and would be a waste of judicial & party resources to file a motion at this point. As I have said, I more than empathize with the frustration regarding the earlier delay and have done everything possible to get this matter fully resolved as soon as possible.

As we wrote to you earlier this month. I let you know that Defendant confirmed they would be reissuing each of the checks you requested and make payment directly to your firm for all remaining amounts due in April (Email below).

We have agreed to include all interest for the late payments, pursuant to the terms of the Agreement. April 15th is just the date provided for the latest date when the checks would be received at your office with the requested confirmation tracking of delivery to be provided in advance.

Although, all efforts will be made to get the checks to you as soon as possible before April 15th, please feel free to send me your calculations for the amounts due with interest applied through April 15th.

Thank you and best regards,
John

--------------------------------------------------------------------------------------------------------------------------------------------

**From:** John Bosco <john@boscobless.com>
**Sent:** Tuesday, March 3, 2026 7:01 AM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi Sarah:

Defendant got back to me and said all payments will be made by April. Please let me know how much the totals are with all applicable interest added.

Thank you,
John.

**John D. Bosco**
Partner

BOSCO BLESS PLLC

Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

CONFIDENTIALITY NOTICE: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2510, *et seq*. This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately, destroy the message and any attachments or copies (electronic or hard copy). This email shall not be considered a legally binding agreement or amendment to any agreement.

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Thursday, March 19, 2026 10:18 AM
**To:** John Bosco <john@boscobless.com>; Molly Elkin <mae@mselaborlaw.com>
**Cc:** Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John,

Based on this new information and your client's continued inability to meet deadlines, and to preserve our and our clients' rights, we will be filing a motion to enforce the settlement on March 27. Please let us know whether we can reflect that the motion is unopposed.

Sarah



**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

**From:** John Bosco <john@boscobless.com>
**Sent:** Wednesday, March 18, 2026 6:58 PM
**To:** Molly Elkin <mae@mselaborlaw.com>
**Cc:** Sarah Block <smb@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

I am not saying that I disagree and have deferred collecting on the fees owed to my firm to get this over with.

When I pushed them for a firm final date when they would absolutely have the money to you by, so there would not be any more of this, the earliest date was April 15th.

**John D. Bosco**
Partner
Bᴏsᴄᴏ Bʟᴇss Pʟʟᴄ
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

CONFIDENTIALITY NOTICE: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2510, *et seq.* This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately, destroy the message and any attachments or copies (electronic or hard copy). This email shall not be considered a legally binding agreement or amendment to any agreement.

**From:** Molly Elkin <mae@mselaborlaw.com>
**Sent:** Wednesday, March 18, 2026 5:28 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Sarah Block <smb@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

You told us by the end of March. Why did that change? We calculated interest through March 27. This is ridiculous.
Sent from my iPhone

On Mar 18, 2026, at 5:23 PM, John Bosco <john@boscobless.com> wrote:

Defendant told me April 15th and I will provide the tracking as soon as it is available.

**John D. Bosco**
Partner
<image003.jpg>
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

CONFIDENTIALITY NOTICE: The information contained in this email message is protected under the Electronic Communications Privacy Act, 18 U.S.C. 2510, *et seq*. This email may contain privileged or confidential information and is for the sole use of the intended recipient(s). Any unauthorized use or disclosure of this communication is prohibited. If you believe that you have received this email in error, please notify the sender immediately, destroy the message and any attachments or copies (electronic or hard copy). This email shall not be considered a legally binding agreement or amendment to any agreement.

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Wednesday, March 18, 2026 5:21 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

John,

Please provide a firm date by which these long overdue payments will be made, and please provide tracking information for the payments as soon as possible. As noted below, the total amounts owed are:

1. **$20,313.50** payable to MSE
2. **$324.83** payable to Laquisha Richardson
3. **$653.68** payable to Teamptrails Smyer

If no other information is provided about the payments and/or payments are not received by our firm by April 1, 2026, we will be filing a motion with the Court to enforce the settlement agreement.

Please let me know if you would like to discuss.

Sarah

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

**From:** Sarah Block
**Sent:** Tuesday, March 3, 2026 10:23 AM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

John,

I have calculated interest owed through March 27, 2026 given the "by April" payment timeline noted below. As such the amounts to be paid are set forth below, although please note that all payments regardless of whom the checks are payable to should be sent to me at the address in my signature block below:

**To MSE:**

**Total Payable to McGillivary Steele Elkin LLP = $20,313.50** (this total amount can be sent in a single check payable to MSE, we do not need four separate checks)

1. $5,000 installment due 11/22/25 plus $122.28 in interest
2. $5,000 installment due 12/22/25 plus $92.90 in interest
3. $5,000 installment due 1/21/26 plus $63.68 in interest
4. $5,000 installment due 2/20/26 plus $34.64 in interest

**To Plaintiffs:**

1. **Payable to Laquisha Richardson – $324.83** (backpay of $389.64 minus withholdings -- which equaled $359.83 -- and minus the $35 reissue fee)

2. **Payable to Teamptrails Smyer – $653.68** (backpay of $745.73 minus withholdings -- which equaled $688.68 -- and minus the $35 reissue fee)

3/25/26, 4:59 PM    RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment - Rachel Lerner - Outlook

Case 4:25-cv-00009   Document 32-1   Filed 03/27/26 in TXSD   Page 8 of 28

Please confirm that these payments will be sent via trackable mail, either by certified mail or FedEx / UPS, so that we can monitor the envelope and can confirm receipt. Please provide the tracking numbers as soon as possible.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
MCGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** John Bosco <john@boscobless.com>
**Sent:** Tuesday, March 3, 2026 7:01 AM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi Sarah:

Defendant got back to me and said all payments will be made by April. Please let me know how much the totals are with all applicable interest added.

Thank you,
John.

Get Outlook for iOS

---

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Thursday, February 26, 2026 8:21:35 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

John,

Please let us know the status of these payments. In addition to the payments that were already owed to us, we have not received the installment payment that was due last Friday, February 21. Sugar Factory now owes MSE over $20,000 and still owes the two plaintiffs their long-authorized backpay reissues.

Sarah

**\<image004.jpg\>**
**Sarah M. Block**
MCGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** Sarah Block
**Sent:** Wednesday, February 18, 2026 10:55 AM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John – any updates? Please let us know.

**\<image004.jpg\>**
**Sarah M. Block**
MCGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** John Bosco <john@boscobless.com>
**Sent:** Friday, February 13, 2026 11:37 AM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi Sarah:

3/25/26, 4:59 PM
RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment - Rachel Lerner - Outlook

Case 4:25-cv-00009 Document 32-1 Filed 03/27/26 in TXSD Page 10 of 28

The defendant said that the payments were being sent two weeks ago, but I have not received the tracking information I requested.

I just emailed each of my contacts for a status update and told them what you said in your email below. I will let you know anything I hear back.

Thank you,
John


**John D. Bosco**
Partner
<image005.jpg>
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

---

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Friday, February 13, 2026 10:55 AM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John,

We still have not received these payments or any additional information about their processing or mailing. **Please let us know ASAP when they will be arriving.** In the event the checks have not been issued – which frankly it seems is the case – we expect Sugar Factory to pay additional interest as agreed under the settlement. Thus, the total amounts now owed are:

1. **Payable to MSE:**

     1. **$5,081.19 -** November 22, 2025 installment payment, including interest through February 13, 2026

     1. **$5,052.04-** Installment payment due by December 22, 2025, including interest through February 13, 2026

     1. **$5,023.06 –** Installment payment due by January 21, 2026, including interest through February 13, 2026

3. **Payable to Laquisha Richardson – $324.83** (which represents backpay of $389.64 minus withholdings -- which equaled $359.83 -- and minus the $35 reissue fee

1. **Payable to Teamptrails Smyer – $653.68** (which represents backpay of $745.73 minus withholdings -- which equaled $688.68 -- and minus the $35 reissue fee)

**Please also note that the final installment payment of $5,000 due to MSE is due next Friday, February 20.**

If these amounts are not timely paid, we may need to explore options to enforce the settlement agreement given that Sugar Factory has now failed to pay MSE over $15,000 owed under the agreement. In addition, our clients have been waiting for their backpay check reissues for months

since they were authorized and we approved the reissue fee; there is no reason that these payment should have been delayed.

Please let us know if you would like to discuss.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

**From:** John Bosco <john@boscobless.com>
**Sent:** Thursday, January 29, 2026 4:45 PM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Sarah:

I was told that accounting was processing payments and they would be sent directly to your office.

I just asked again for tracking info.

**John D. Bosco**
Partner
<image005.jpg>
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Thursday, January 29, 2026 2:56 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John –

Any updates? If the payments have not yet been issued and mailed, we will need to start assessing additional interest owed to MSE on three different installment payments pursuant to the settlement agreement. We will send you that updated amount tomorrow unless we hear from you today that the checks have already been cut and mailed, and you are able to provide us with mailing/tracking information. We are also still waiting on two reissued backpay checks.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** John Bosco <john@boscobless.com>
**Sent:** Friday, January 23, 2026 5:21 PM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Sarah:

I will contact client again and let you know as soon as I hear anything.

**John D. Bosco**
Partner
<image005.jpg>
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

---

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Friday, January 23, 2026 3:26 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

John,

Just following up again, as our clients who are receiving reissued checks continue to request status updates. Please let us know when we can expect the outstanding payments, and please provide any

tracking information that you can so that we can make sure the payments are received in office. As you know, there are three installment payments to MSE now due and two reissued backpay checks.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
McGillivary Steele Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

****************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

**From:** Sarah Block
**Sent:** Tuesday, January 20, 2026 4:16 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John,

Just pinging you for a status update on this and to confirm that the next installment payment will be issued on time (it is due tomorrow). Please let me know. If you have tracking numbers for any mailings that would be helpful in making sure our office receives (or should have received) any packages containing the checks.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
McGillivary Steele Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

****************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is

prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** John Bosco <john@boscobless.com>
**Sent:** Thursday, January 15, 2026 1:36 PM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi Sarah:

I was told a couple of days ago that all the payments were processed and would be delivered as instructed.

Let me check in with them and get back to you on the status.

Thank you,
John

**John D. Bosco**
Partner
<image005.jpg>
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

---

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Thursday, January 15, 2026 1:25 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John,

We still have not received any of these payments. Do you have an update? If not, I will follow up with the additional amount of interest owed.

As a note for your client, the next installment payment is due next Wednesday, January 21.

Please give me a call if you'd like to discuss.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
McGillivary Steele Elkin LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

**From:** John Bosco <john@boscobless.com>
**Sent:** Tuesday, January 6, 2026 4:44 PM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi Sarah:

It was my understanding that these payments were sent.  I will contact the client again and let you know any information I receive.

Best regards,
John


**John D. Bosco**
Partner
<image005.jpg>
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Tuesday, January 6, 2026 4:41 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John,

Do you have any information about the status of these payments? We still have not received them — the outstanding payments include the November and December installments to MSE plus the two reissued backpay checks. Please let me know as soon as possible, as further delays will require us to update the interest owed to MSE on both of the installment payments owed.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090

www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

**From:** John Bosco <john@boscobless.com>
**Sent:** Friday, December 19, 2025 5:56 PM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi Sarah:

Client said they are taking care of payments from earlier this week.

I will get this information to them also.

**John D. Bosco**
Partner
<image005.jpg>
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

---

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Friday, December 19, 2025 2:46 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

John,

Just following up on these. Also, we unfortunately have another backpay check reissue request  -- this time for plaintiff Teamptrails Smyer. The address we previously gave you for her is correct, but the check appears to have been lost in the mail. Smyer has authorized the $35 void/reissue fee to be deducted from the amount owed. As such, the checks to be sent to us are:

1. **Payable to MSE:**

    1. **$5,024.99** - November 22nd installment, including interest **through December 15.** *Note that if this check has not been printed to date, we will need to adjust the amount owed to update the interest payment.*

    1. **$5,000** - Installment payment due by December 22nd

1. **Payable to Laquisha Richardson – $324.83** (which represents backpay of $389.64 minus withholdings -- which equaled $359.83 -- and minus the $35 reissue fee)

1. **Payable to Teamptrails Smyer – $653.68** (which represents backpay of $745.73 minus withholdings -- which equaled $688.68 -- and minus the $35 reissue fee)

Please let me know the status of the checks to MSE and Richardson, and please confirm that you are able to begin processing the reissue request for Smyer. Feel free to call me at (202) 203-9767 if you'd like to discuss.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

*****************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** Sarah Block
**Sent:** Wednesday, December 17, 2025 2:43 PM
**To:** 'John Bosco' <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

John,

The payments owed to MSE (first and third bullets) are accurate. Please make sure that the payments are sent to MSE with my name included in the address on the package as well, just to make sure the packages get directed to the appropriate place upon receipt in the office.

I believe Richardson is only owed a gross backpay amount of $389.64 (prior to withholdings) minus the $35 for the check reissue fee. Because Sugar Factory originally sent the liquidated damages payments to MSE in a lump sum for all plaintiffs for subsequent distribution, that piece of the settlement payment does not need a reissue because MSE was ultimately the one that issued the individual plaintiff liquidated damages check.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090

www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** John Bosco <john@boscobless.com>
**Sent:** Wednesday, December 17, 2025 2:35 PM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Sarah:

Is the information below accurate?

1. **$5,024.99 -** November 22nd installment, including interest.  (Payable to McGillivary Steele Elkin LLP)

1. **$714.47 -** Payment to Laquisha Richardson (Back pay, after withholdings $359.83 + liquidated damages $389.64 - $35 for stop payment fee) (Payable to Laquisha Richardson)

1. **$5,000 -** Installment payment due by December 22nd.  (Payable to McGillivary Steele Elkin LLP)

All of the settlement payment checks should be sent to the address below.
McGillivary Steele Elkin LLP,
1101 Vermont Ave. NW, Suite
1000, Washington, DC 20005

**John D. Bosco**
Partner
<image005.jpg>
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

---

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Wednesday, December 17, 2025 1:23 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John,

I just wanted to follow up on the status of the reissued check to Plaintiff Richardson as well as the installment payments to MSE. In addition to the missed installment payment (which was due on November 22), the next installment is due on this upcoming Monday, December 22. As of today, we are also owed an additional $24.99 in interest on the November 22 installment payment pursuant to Paragraph 4 of our settlement agreement.

3/25/26, 4:59 PM
RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment - Rachel Lerner - Outlook

Case 4:25-cv-00009   Document 32-1   Filed 03/27/26 in TXSD   Page 19 of 28

Please let us know when we can expect to receive the reissued backpay check as well as the 11/22 installment plus interest. Please also confirm that the upcoming 12/22 installment is in process.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

**From:** Sarah Block
**Sent:** Tuesday, December 9, 2025 1:47 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

John,

We would like to it be deducted from her reissued check. As such, will an email from me suffice with the requested information? If so, see below:

> I represent Laquisha Richardson in the matter of Alexander v. Sugar Factory, LLC, Case No. 4:25-cv-9 (S.D. Tex.). This confirms that Plaintiff Richardson is requesting a stop payment on the backpay settlement check in the gross amount of $389.64 that was previously issued to her in this matter. She agrees to pay a one-time deduction of $35 from the reissued check as required for the processing of the reissue.

Let me know if there is anything else you need or if this information needs to be provided in a different way.

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090

3/25/26, 4:59 PM RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment - Rachel Lerner - Outlook

Case 4:25-cv-00009 Document 32-1 Filed 03/27/26 in TXSD Page 20 of 28

www.mselaborlaw.com

***************
This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** John Bosco <john@boscobless.com>
**Sent:** Tuesday, December 9, 2025 1:17 PM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi Sarah:

Our client needs to know how the $35 should be paid for the reissued check to Laquisha.  If it is being charged to AP, they said will need something in writing that the former employee is requesting a stop payment and that she agrees to pay via a one-time deduction to the reissued check.

Please let me know if you prefer it be deducted from one of the other payments or if you just want to send my office the $35 and I will pay it our of our trust account.

I will follow up to send you the other tracking information also.

**John D. Bosco**
Partner
<image005.jpg>
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

---

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Tuesday, December 9, 2025 12:30 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John,

I just wanted to follow up on the status of the installment payment and the reissued backpay check. As you know, our first installment payment was due on November 22 and the next one is due on December 22. Per our agreement, Sugar Factory owes interest on late paid amounts at the rates set forth in 28 U.S.C.

<image004.jpg>
**Sarah M. Block**
MCGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855

Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** Sarah Block
**Sent:** Wednesday, December 3, 2025 4:36 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

John,

We understand – please move forward with the reissue.

Sarah

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** John Bosco <john@boscobless.com>
**Sent:** Tuesday, December 2, 2025 7:46 PM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

There will be a $35 stop payment charge. Please confirm that you want Defendant to proceed with stopping the payment and reissuing the check.

**John D. Bosco**
Partner
<image005.jpg>
Tel: (214) 997-4434

Fax: (214) 237-4474
john@boscobless.com

---

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Tuesday, December 2, 2025 10:55 AM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John,

I wanted to follow up with you on the status of the installment payments and also request a void/reissue of the backpay check for Laquisha Richardson. She has a new address at ███████ ███████████████████████████████████████████. As such, please let us know if you are able to void her initial check and reissue it to us so that we can send it out. If it can be mailed to MSE in the same package as our next installment payment, we would appreciate it. Please let me know if you have any questions.

Thanks,
Sarah

**\<image004.jpg\>**
**Sarah M. Block**
MCGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** John Bosco <john@boscobless.com>
**Sent:** Monday, November 24, 2025 6:26 PM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi Sarah:

I will check with Defendant about the most recent payment and let you know what they tell me about tracking information.

Best regards,
John

**John D. Bosco**
Partner

Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

---

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Monday, November 24, 2025 5:19 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John,

I realized I never confirmed that this was received – it was, on November 10.

Is there a tracking number for the most recent installment payment as well? Given Thanksgiving and our upcoming staffing / PTO schedule, it would be helpful to be able to monitor its arrival to ensure someone is in the office. I believe the payment was technically due over the weekend on 11/22.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** Sarah Block
**Sent:** Thursday, November 6, 2025 9:33 AM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Thanks, we will let you know when it is received.

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767

Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** John Bosco <john@boscobless.com>
**Sent:** Thursday, November 6, 2025 9:31 AM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi Sarah:

The payment was sent yesterday for overnight delivery.  Please confirm when you receive it. The UPS tracking number is 1ZW785Y51399401983

Thank you,
John

**John D. Bosco**
Partner
<image005.jpg>
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

---

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Wednesday, November 5, 2025 12:10 PM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

John,

I appreciate the update. The addresses we have on file for the plaintiffs are below:

| ALEXANDER | BRITTANY | |
|---|---|---|
| ALEXANDER | MEHKI | |
| EVERETT BEY | MICHAEL | |
| NOUAYDI | AIDA | |
| RICHARDSON | LAQUISHA | |
| SCOTT | TIANA | |
| SMYER | TEAMPTRAILS | |

| THOMAS | AKIARA | |
|--------|--------|--|

Let us know if there's any additional information you need.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** John Bosco <john@boscobless.com>
**Sent:** Wednesday, November 5, 2025 10:22 AM
**To:** Sarah Block <smb@mselaborlaw.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** Re: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi Sarah:

I provided all the details to Defendant for the settlement payments with the first payments due tomorrow.

Will you please confirm the correct W2 addresses for each of the employees who are supposed to receive a W2?

The checks are being sent to the address below and I will ask about a tracking number.

McGillivary Steele Elkin LLP,
1101 Vermont Ave. NW, Suite
1000, Washington, DC 20005

**John D. Bosco**
Partner
<image005.jpg>
Tel: (214) 997-4434
Fax: (214) 237-4474
john@boscobless.com

---

Case 4:25-cv-00009   Document 32-1   Filed 03/27/26 in TXSD   Page 26 of 28

**From:** Sarah Block <smb@mselaborlaw.com>
**Sent:** Wednesday, November 5, 2025 10:10 AM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** RE: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John,

Just sending a quick reminder that the first settlement payment is due **tomorrow (November 6).** As noted below, if the checks/payments will be sent via certified mail or UPS/FedEx, we would appreciate you sharing the tracking number with us just so we can be sure that the package is received in our office. Let me know if you'd like to discuss.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
MCGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

****************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** Sarah Block
**Sent:** Thursday, October 23, 2025 11:28 AM
**To:** John Bosco <john@boscobless.com>
**Cc:** Molly Elkin <mae@mselaborlaw.com>; Rachel Lerner <rbl@mselaborlaw.com>
**Subject:** FW: Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

Hi John,

Attached is MSE's W9 form. Pursuant to the Court's Order, the first installment payment ($15,000 reflecting backpay, liquidated damages, and service award payments to the plaintiffs) is due on **November 6, 2025.** If possible, we would appreciate if the payments can be sent to our office by certified mail or other trackable mailing service (like UPS or FedEx) so that we can monitor the shipments and ensure that someone is in our office to receive them.

For easy reference, the amount of gross backpay to each plaintiff – to be paid in individual checks made out to each plaintiff, minus all applicable withholdings per Paragraph 4(a) of the agreement– is set forth in the attached Exhibit A. The remaining amount due on 11/6/25 ($8,500) is payable to MSE.

Case 4:25-cv-00009   Document 32-1   Filed 03/27/26 in TXSD   Page 27 of 28

The subsequent installment payments of $5,000, each payable to MSE, are due by the following dates:

1. November 22, 2025
2. December 22, 2025
3. January 21, 2026
4. February 20, 2026

In the event a payment is late and we are required to assess interest, we will let you know the updated amount due.

Please let us know if there is anything else we can do to keep the payment process on track. Thanks again for working with us on this.

Thanks,
Sarah

**<image004.jpg>**
**Sarah M. Block**
MᴄGɪʟʟɪᴠᴀʀʏ Sᴛᴇᴇʟᴇ Eʟᴋɪɴ LLP
1101 Vermont Ave., N.W., Suite 1000
Washington, DC 20005
Office: (202) 833-8855
Cell: (202) 203-9767
Fax: (202) 452-1090
www.mselaborlaw.com

***************

This electronic message transmission contains information from the law firm of McGillivary Steele Elkin LLP which may be confidential and privileged. The information is intended to be for the use of the individual entity named above. If you are not the intended recipient, be aware that any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone (202) 833-8855 or by electronic mail (info@mselaborlaw.com).

---

**From:** DCECF_LiveDB@txs.uscourts.gov <DCECF_LiveDB@txs.uscourts.gov>
**Sent:** Wednesday, October 22, 2025 5:48 PM
**To:** DC_Notices@txsd.uscourts.gov
**Subject:** Activity in Case 4:25-cv-00009 Alexander et al v. Sugar Factory, LLC et al Final Judgment

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

**U.S. District Court**

## SOUTHERN DISTRICT OF TEXAS

**Notice of Electronic Filing**

The following transaction was entered on 10/22/2025 at 4:48 PM CDT and filed on 10/22/2025

**Case Name:** Alexander et al v. Sugar Factory, LLC et al
**Case Number:** 4:25-cv-00009
**Filer:**
**WARNING: CASE CLOSED on 09/13/2025**
**Document Number:** 31

**Docket Text:**
**FINAL JUDGMENT (Signed by Judge Andrew S Hanen) Parties notified. (glk4)**

**4:25-cv-00009 Notice has been electronically mailed to:**

John Dominic Bosco      john@boscobless.com

Matthew Bradley Bachop      mbachop@ddollaw.com, mbachop@recap.email, mbachopddol@gmail.com, nmarin@ddollaw.com

Molly A Elkin      mae@mselaborlaw.com, cwm@mselaborlaw.com, kd@mselaborlaw.com, mto@mselaborlaw.com, mz@mselaborlaw.com, taj@mselaborlaw.com

Molly A Elkin      mae@wmlaborlaw.com

Sarah Block      smb@mselaborlaw.com, mto@mselaborlaw.com, mz@mselaborlaw.com

**4:25-cv-00009 Notice has not been electronically mailed to:**

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1045387613 [Date=10/22/2025] [FileNumber=44806727 -0] [9b280c0e46eb33fb48cecbd89c43d6f7e0b22ae870390eb8b1e2dde385f642d16 5a2a32da2060ed41254ea9291fad517f16b7bc78e949047fa8ff1799cc61e11]]