**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| BRITTANY ALEXANDER, on behalf of herself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> SUGAR FACTORY, LLC and SFX HOUSTON 88 LLC, <br><br> Defendants. | Civil Action No. 4:25-cv-9 |

## <u>ORDER</u>

This matter comes before the Court on Plaintiffs' Motion to Reopen Case and to Show Cause to Hold Defendants in Contempt. Having considered all the papers [and oral argument] submitted in connection with this Motion, it is hereby ORDERED that the Motion is GRANTED.

It is further hereby ORDERED that:

1.      Plaintiffs have made a *prima facie* showing with clear and convincing evidence that Defendants have failed to comply with the Final Judgment;

2.      Defendants, including a representative from Sugar Factory, LLC or SFX Houston 88, LLC, should be ordered to show cause before this Court on _____, as to why they should not be held in contempt for failing to comply with the Final Judgment;

3.      This case is hereby reopened;

4.      Plaintiffs are entitled to attorneys' fees for bringing this motion and for the reasonable costs necessary to prosecute these contempt proceedings.

1

SIGNED this _____ day of _____, 2026.


_____
United States District Judge