**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| BRITTANY ALEXANDER, on behalf of herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SUGAR FACTORY, LLC and SFX HOUSTON 88 LLC,<br><br>Defendants. | Civil Action No. 4:25-cv-9 |

**PLAINTIFFS' NOTICE OF WITHDRAWAL OF MOTION TO REOPEN CASE AND FOR <u>ORDER TO SHOW CAUSE TO HOLD DEFENDANTS IN CONTEMPT</u>**

Plaintiffs hereby withdraw their Motion to Reopen Case and for Order to Show Cause to Hold Defendants in Contempt, Dkt. 32. On April 15, 2026, Plaintiffs received from Defendants all outstanding payments, including interest, owed under the Judgment, Dkt. 31. Therefore, Plaintiffs' Motion is moot, the case does not need to be reopened, and a show cause order is no longer necessary.

Dated: April 15, 2026

Respectfully submitted,

*/s/Matt Bachop*
Matt Bachop
Texas State Bar No. 24055127
DEATS, DURST & OWEN, P.L.L.C.
8140 N Mopac Expy.
Suite 4-250
Austin, TX 78759
Tel: (512) 474-6200 x1005
Fax: (512) 474-7896
E-mail: mbachop@ddollaw.com

*Attorney-in-Charge for Plaintiffs*

1

*/s/ Molly A. Elkin*
Molly A. Elkin *(admitted pro hac vice)*
Sarah M. Block *(admitted pro hac vice)*
McGILLIVARY STEELE ELKIN LLP
1101 Vermont Ave. NW, Suite 1000
Washington, DC 20005
Tel: (202) 833-8855
Fax: (202) 452-1090
E-mail: mae@mselaborlaw.com
E-mail: smb@mselaborlaw.com

*Of Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2026, a copy of the foregoing document and attachments were served on all counsel of record via the Court's CM/ECF system.

*/s/Molly Elkin*
Molly Elkin

2